

## COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

January 14, 2015

Arthur David Lowe
Hughes Unit - TDC #669750
Rt. 2, Box 4400
Gatesville, TX 76597

**Re:** Lowe, Arthur David
**CCA No.** WR-25,679-15
**Trial Court Case No.** 283709

On this day, the Relator's motion for rehearing has been denied. Please find enclosed a copy of the supplemental Clerk's Record containing a file-marked copy of the first page of your "Applicant's Motion to Obtain Writ of a Second Time."

Sincerely,

Abel Acosta, Clerk